|   |   |
|---|---|
| 1 | WESTON & McELVAIN LLP |
| 2 | Randy M. McElvain (State Bar No. 137046)<br>Annie Y. Stoops (State Bar No. 286325) |
| 3 | 601 South Figueroa Street, Suite 2350<br>Los Angeles, California 90017 |
| 4 | Telephone:  (213) 596-8000<br>Facsimile:   (213) 596-8039 |
| 5 | E-mail:      rmcelvain@wmattorneys.com<br>              astoops@wmattorneys.com |

Attorneys for Defendant,
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

William D. Beck (SBN 114260)
Rahel Goharchin (SBN 260409)
1960 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone:  (818) 468-9995
Facsimile:   (818) 578-6363

Attorneys for Plaintiff,
DAVID JAVAHERI AKA BAHADOR JAVAHERIFAR

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| DAVID JAVAHERI AKA BAHADOR JAVAHERIFAR, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation; and DOES 1 through 5, inclusive;<br><br>            Defendants. | Case No. 2:16-cv-01121-BRO-KS<br>Assigned to Hon. Beverly Reid O'Connell<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

///

///

///

The Court having considered the Stipulation of Dismissal with Prejudice filed by plaintiff David Javaheri aka Bahador Javaherifar and defendant Travelers Property Casualty Insurance Company and for good cause shown,

**IT IS ORDERED THAT:**

1. This action is dismissed in its entirety with prejudice;
2. Each party shall bear its own costs, expenses, and attorney's fees; and
3. This Court shall retain jurisdiction to enforce the settlement agreement.

**IT IS HEREBY ORDERED**

Dated: <u>April 13, 2016</u>

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE